**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GILBERT PETERS,

        Plaintiff,

v.

CLERK OF THE UNITED STATES
BANKRUPTCY COURT,

        Defendant.

CIVIL CASE NO. 05-60009
HON. MARIANNE O. BATTANI

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on June 6, 2005, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and Plaintiff's complaint is **DISMISSED.**

        s/Marianne O. Battani
        MARIANNE O. BATTANI
        UNITED STATES DISTRICT JUDGE

DATED: February 16, 2006

## CERTIFICATE OF SERVICE

A Copy of this Order was mailed to Gilbert Peters on this date by ordinary mail, at his last known address, and electronic filing.

s/Bernadette M. Thebolt<br>
DEPUTY CLERK